# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STEVEN E. BALLARD,  )  | |
|     Plaintiff,  ) | |
| ) | |
| vs.  ) | Case No. CIV-15-322-SPS |
| ) | |
| CAROLYN W. COLVIN,  ) | |
| Acting Commissioner of  ) | |
| Social Security,  ) | |
|     Defendant.  ) | |

## ORDER

Upon consideration of Defendant's Unopposed Motion for Remand, and good cause appearing therefor, the Court hereby REVERSES the Commissioner's decision in this matter under sentence four of 42 U.S.C. § 405(g), and REMANDS the cause to the Commissioner for further administrative proceedings. Unless the administrative law judge (ALJ) determines on remand that Plaintiff can be offered a fully favorable decision without a hearing, the ALJ will offer Plaintiff the opportunity to have a new hearing, will allow Plaintiff to submit additional evidence, and will issue a new decision.

The Clerk of the Court will enter a separate judgment pursuant to Fed. R. Civ. P. 58. *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

IT IS SO ORDERED this 7th day of April, 2016.

_____
Steven P. Shreder
United States Magistrate Judge
Eastern District of Oklahoma